No. 99–717. SABAH SHIPYARD SDN. BHD. *v.* M/V HARBEL TAPPER, IN REM, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–726. CAUDILLO *v.* CONTINENTAL BANK/BANK OF AMERICA ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 99–734. GALLUZZI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–736. BENIN *v.* HOME SAVINGS OF AMERICA, FSB, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–738. WILHELMSEN *v.* WALSH ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 99–757. CAMBRIDGE HOSPITAL *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 99–789. MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–790. TINGLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–793. CHAVES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–797. SOUTHWELL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 99–5608. CARAWAY *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 99–6125. ZUKER *v.* ANDREWS. C. A. 1st Cir. Certiorari denied.

No. 99–6363. JAMES *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6364. LASSAN *v.* BOLTON. C. A. 11th Cir. Certiorari denied.